DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MASCHELLE ADRIANNE PUGH,**
Appellant,

v.

**ERIC P. PUGH,**
Appellee.

No. 4D2025-1603

[April 23, 2026]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432024DR000315AXMX.

Maschelle Adrianne Pugh, Jupiter, pro se.

Scott D. Glassman of Law Office of Scott Glassman, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***